# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL COLEGROVE and
BARBARA CAVENDISH, individually
and on behalf of a class of those           Case No. 2:13-cv-11526
similarly situated,

    Plaintiffs,

                                                Honorable John Corbett O'Meara

v.

                                                Magistrate Judge Mona K. Majzoub

ELMER'S PRODUCTS, INC.,
TOAGOSEI AMERICA, INC. and
ELMER'S & TOAGOSEI, CO.,

    Defendants.

---

| | |
|---|---|
| Mark K. Wasvary (P51575) | Michael P. Cooney (P39405) |
| Carl G. Becker  (P10608) | Benjamin W. Jeffers (P57161) |
| Becker & Wasvary, P.L.L.C. | Jong-Ju Chang (P70584) |
| Attorneys for Plaintiffs | Dykema Gossett PLLC |
| 2401 W. Big Beaver Road, | Attorneys for Defendants |
| Suite 100 | 400 Renaissance Center |
| Troy, MI  48084 | Detroit, MI  48243 |
| (248) 649-5667 | (313) 568-6800 |
| markwasvary@hotmail.com | mcooney@dykema.com |
| | bjeffers@dykema.com |
| | jchang@dykema.com |

---

## STIPULATED ORDER OF DISMISSAL
_____

      This matter having come before the Court upon stipulation of Plaintiffs

Michael Colegrove and Barbara Cavendish (collectively, "Plaintiffs") and

Defendants Elmer's Products, Inc., Toagosei America, Inc., and Elmer's & Toagosei, Co. (collectively, "Defendants");

Plaintiffs filed the above captioned lawsuit on March 1, 2013, which was removed to this Court on April 3, 2013;

Following an exchange of information, the parties now request that the Court enter an Order of Dismissal with prejudice and without costs to any party;

Defendants changed the packaging of the Instant Krazy Glue® Craft Formula ("Product") prior to the filing of this lawsuit;

Product sold in the newer packaging bonds wood; and

The Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice and without costs to any party.

*This is a final order and closes the entire case.*

**IT IS SO ORDERED.**


Date: October 4, 2013          s/John Corbett O'Meara
                               United States District Judge

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Mark K. Wasvary (with permission/JC) <br> Mark K. Wasvary (P51575) <br> Carl G. Becker (P10608) <br> Becker & Wasvary, P.L.L.C. <br> Attorneys for Plaintiffs <br> 2401 W. Big Beaver Road, Suite 100 <br> Troy, MI  48084 <br> (248) 649-5667 <br> markwasvary@hotmail.com | /s/ Jong-Ju Chang <br> Michael P. Cooney (P39405) <br> Benjamin W. Jeffers (P57161) <br> Jong-Ju Chang (P70584) <br> Dykema Gossett PLLC <br> Attorneys for Defendants <br> 400 Renaissance Center <br> Detroit, MI  48243 <br> (313) 568-6800 <br> mcooney@dykema.com <br> bjeffers@dykema.com <br> jchang@dykema.com |